United States District Courts
Western District of Missouri

PA: Jose Luis Ruiz-Salazar

V.S.

United States of America

Docket Number: 13-0052-01-CR-W-DW
5:15-CR-06004-DGK(7)

Correction in Sentence for Jail Credit

Now comes Jose Luis Ruiz-Salazar Pro Se litigant to ask for a correction to be made in his sentence for jail credit that he is entitled to. The date of offense for charge 8:1326(A) & (B)(2) Illegal Re-Entry (ct.1) is 01-18-2013 and sentence was imposed on 6-30-2014. I have been credited from 01-18-2013 to 01-25-2013, 4-11-2013 to 6-29-2014 for a total of 453 days credited the expiration of this sentence's full term is 02-01-2019. On my other charge of 21:841(A)(1), (B)(1)(A), & 846 Conspiracy to Distribute 500 grams or more of Methamphetamine the date of the offense is 12-31-2013 and I was sentenced to 188 months for this charge. I was never released from the marshall's custody of 01-18-2013 from when my jail credit should start from, but the only jail credit I recieved on this charge is 14 days from 05-16-2018 to 05-29-2018. The date of the offense itself 12-31-2013 so how could it be possible for a jail credit

Page 1 of 2

Case 5:15-cr-06004-DGK   Document 1015   Filed 12/28/20   Page 1 of 2

of only 14 days. I was sentenced on this charge 5-30-2018 so to my knowledge that's 4 years, 5 months, 30 days and I have only recieved 14 days of this according to the sentence computation sheet that has been provided to me. I ask the courts to please shed light on this situation and please give me the correct jail credit days that I have done. To the best of my knowledge the information I have provided is correct as far as dates go.

Sincerely,
x Jose L Ruiz
Jose Luis Ruiz-Salazar
Inmate # 25280-045

pg. 2 of 2